UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-24165-JEM

WINDY LUCIUS,

    Plaintiff,

v.

PARADISE GRILLING SYSTEMS, INC.,
d/b/a PARADISE GRILLS,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Windy Lucius ("Plaintiff") and Defendants, Paradise Grilling Systems, Inc. d/b/a Paradise Grills ("PGS") ("Defendant") (Plaintiff and Defendants are collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action, and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

#42587183 v1

Jointly submitted this 26th day of October, 2020.

| | |
|---|---|
| **J. Courtney Cunningham, PLLC** | **GRAY\|ROBINSON** |
| *Counsel for Plaintiff, Windy Lucius* | *Counsel for Defendant,* |
| 8950 SW 74th Court, Suite 2201 | *Paradise Grilling Systems, Inc.* |
| Miami, Florida 33156 | *d/b/a Paradise Grills* |
| Telephone:    (305) 351-2014 | 333 S.E. 2nd Avenue, Suite 3200 |
| | Miami, Florida 33131 |
| | Telephone:    (305) 416-6880 |
| | Facsimile:     (305) 416-6887 |
| | |
| By:   */s/ J. Courtney Cunningham* | By: */s/ Anastasia Protopapadakis* |
|    J. Courtney Cunningham, Esq. | Anastasia Protopapadakis, FBN 51426 |
|    FBN 628166 | Anastasia.Protopapadakis@gray-robinson.com |
|    cc@cunninghampllc.com | |