UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24165-CIV-JEM

WINDY LUCIUS,

    Plaintiff,

v.

PARADISE GRILLING SYSTEMS, INC.,
d/b/a PARADISE GRILLS,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER**, having come before the Court upon the parties' Joint Stipulation for of Dismissal with Prejudice (DE 12), and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this matter is hereby **DISMISSED WITH PREJUDICE.** The Court retains jurisdiction to enforce the settlement agreement between the parties (DE 12-3) for a period of six months from the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of November 2020.

_____
**JOSE E. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**